**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-14-0000767**
**27-FEB-2015**
**07:45 AM**

NO. CAAP-14-0000767

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
DUANE M. ENCK, Defendant-Appellant, and
LINDSEY N. CHARLTON, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CRIMINAL NO. 11-1-0612)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Foley, Presiding J., Leonard and Ginoza, JJ.)

Upon consideration of the stipulation for dismissal of appeal (**Stipulation**) filed on February 17, 2015 by Defendant-Appellant Duane M. Enck, through counsel Randall K. Hironaka, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed.

DATED:    Honolulu, Hawai'i, February 27, 2015.

Presiding Judge

Associate Judge

Associate Judge